# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-40774   Corrente v. Charles Schwab
               USDC No. 4:22-CV-470

The court has granted an extension of time to and including May 22, 2026 for filing brief of appellees Charles Shaw, Jonathan Corrente and Leo Williams in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Rebecca L. Leto, Deputy Clerk
        504-310-7703

Mr. Yavar Bathaee
Mr. Chad Emerson Bell
Ms. Elizabeth L. DeRieux
Mr. Brian J. Dunne
Ms. Priscilla Ghita
Mr. Harry Lee Gillam Jr.
Mr. Andrew Thompson Gorham
Mr. Edward Maxwell Grauman
Mr. Shiyang Huang
Mr. Jeffrey Liu
Mr. David Charles Marcus
Mr. Jason J. Mendro
Ms. Jennifer Milici
Ms. Veronica Smith Moye
Mr. David O'Toole
Ms. Cynthia Richman
Mr. Alan E. Schoenfeld
Ms. Breanne Alyssa Stoltze
Mr. Daniel Glen Swanson
Ms. Allison Watson
Mr. Eric Harris Wessan