**No. 25-40774**

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

JONATHAN CORRENTE; CHARLES SHAW; LEO WILLIAMS,

Plaintiffs-Appellees,

v.

THE CHARLES SCHWAB CORPORATION,

Defendant-Appellee,

v.

SHIYANG HUANG, OBJECTOR; STATE OF IOWA, OBJECTOR,

Appellants.

On Appeal from the United States District Court for the Eastern District of Texas, No. 4:22-cv-470, Hon. Amos L. Mazzant, III

**DEFENDANT-APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Pursuant to Fifth Circuit Rule 31.4.3, Defendant-Appellee The Charles Schwab Corporation ("Schwab") respectfully requests a Level 1 extension of 30 days, to May 22, 2026, of Schwab's deadline to file its brief.  Schwab's brief is currently due April 22, 2026.  No prior extension has been granted.

1

Good cause exists for this request. This appeal involves challenges by two objectors to the district court's approval of a class-action settlement between Schwab and Plaintiffs-Appellees. Given the number of issues and the need to respond to two separate briefs, Schwab submits that a modest 30-day extension is appropriate. This Court recently extended Plaintiffs-Appellees' deadline to file their brief to May 22, 2026. Granting Schwab an identical extension would also promote efficiency and judicial economy by keeping the briefing in this appeal aligned on a single track. Appellants Shiyang Huang and the State of Iowa and Plaintiffs-Appellees consent to this relief.

Dated:  March 27, 2026

Veronica S. Moye
KING & SPALDING LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201

Respectfully submitted,

/s/ *Jason J. Mendro*

Jason J. Mendro
  *Counsel of Record*
Jeffrey Liu
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington, D.C. 20036
(202) 955-8500
jmendro@gibsondunn.com

Daniel G. Swanson
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071

*Counsel for Defendant-Appellee The Charles Schwab Corporation*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d)(2)(A) and 27(d)(1)(E) and Fifth Circuit Rule 32.3, I certify that this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point New Century Schoolbook font and contains 354 words.

March 27, 2026

Respectfully submitted,

*/s/ Jason J. Mendro*
Jason J. Mendro
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington, D.C. 20036
(202) 955-8500
jmendro@gibsondunn.com