**No. 25-40774**

# In the United States Court of Appeals
# for the Fifth Circuit

JONATHAN CORRENTE; CHARLES SHAW; LEO WILLIAMS,

*Plaintiffs – Appellees*,

v.

THE CHARLES SCHWAB CORPORATION,

*Defendant – Appellee*,

v.

SHIYANG HUANG, OBJECTOR; STATE OF IOWA, OBJECTOR,

*Appellants*.

On Appeal from the United States District Court for the Eastern District of Texas
Hon. Amos L. Mazzant, III, No. 4:22-cv-470

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION
## FOR LEAVE TO FILE AN EXTRA-LENGTH BRIEF

CHRISTOPHER M. BURKE
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
(619) 369-8244

ALLISON WATSON
**BATHAEE DUNNE LLP**
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
(213) 458-7075

BRIAN J. DUNNE
EDWARD M. GRAUMAN
**BATHAEE DUNNE LLP**
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, Texas 78746
(512) 575-8848

YAVAR BATHAEE
PRISCILLA GHITA
**BATHAEE DUNNE LLP**
445 Park Avenue, 9th Floor
New York, New York 10022
(332) 322-8835

*Counsel for Plaintiffs-Appellees*

In accordance with Federal Rules of Appellate Procedure 27 and 32 and Fifth Circuit Rules 27.1.16 and 32.4, Plaintiffs-Appellees respectfully request leave of the Court to file a single, extra-length brief of no more than 20,000 words in response to the principal briefs of Appellants State of Iowa ("Iowa") and Shiyang Huang. Iowa, Huang, and Defendant-Appellee The Charles Schwab Corporation ("Schwab") do not oppose the relief requested in this motion.

## ARGUMENT

On March 23, 2026, Appellants Iowa and Huang each filed a full-length principal brief in this appeal of the district court's order granting final approval of a class action settlement between Plaintiffs and Schwab. Iowa's brief contains 12,345 words and Huang's contains 10,478 (out of a limit of 13,000 words, *see* FED. R. APP. P. 32(a)(7)(B)(i)). In addition, on March 30, 2026, amicus curiae Alex Kozinski filed a 3,805-word brief in support of Appellants. Plaintiffs' responsive brief is due May 22, 2026.[1]

This is a complex appeal challenging the district court's approval of a settlement and attorney's fee award in an antitrust class action challenging the 2020 merger between Schwab and TD Ameritrade under Section 7 of the Clayton Act, 15 U.S.C. § 18. Plaintiffs alleged that the merger would substantially lessen

---

[1] This motion is timely, as it is filed "at least 10 days in advance of the brief's due date," 5TH CIR. R. 32.4 (re motions for extra-length briefs).

competition in the U.S. market for retail order flow, resulting in harm to class members (current Schwab brokerage customers) in the form of reduced price improvement on trades. Under the settlement, Schwab will implement an antitrust compliance program designed to ensure that going forward, Schwab's policies, practices, and procedures promote competitive price improvement on trades for all members of the settlement class as well as future Schwab retail brokerage customers.

Appellants raise a host of legal issues in their respective briefs, including the Article III standing of named plaintiffs and of absent class members, the fairness of the settlement, the appropriateness of the attorney's fee award, the adequacy of notice to class members, and the adequacy of notice to Iowa under the Class Action Fairness Act.[2] To allow for an adequate response to the Appellants' two principal briefs—and, as appropriate, to the amicus brief—Plaintiffs submit that a length limit for their brief of 20,000 words would be appropriate, and accordingly request an extension beyond the default 13,000-word limit.

## CONCLUSION

Plaintiffs-Appellees respectfully request that the Court grant their motion for leave to file a single, extra-length brief of no more than 20,000 words in opposition to Appellants Iowa and Huang's principal briefs.

---

[2] Not all of these arguments are properly before the Court, but that issue will be addressed in Plaintiffs' brief.

Date: April 27, 2026

CHRISTOPHER M. BURKE
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
(619) 369-8244

ALLISON WATSON
**BATHAEE DUNNE LLP**
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
(213) 458-7075

Respectfully submitted,

s/ Brian J. Dunne

BRIAN J. DUNNE
EDWARD M. GRAUMAN
**BATHAEE DUNNE LLP**
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, Texas 78746
(512) 575-8848

YAVAR BATHAEE
PRISCILLA GHITA
**BATHAEE DUNNE LLP**
445 Park Avenue, 9th Floor
New York, New York 10022
(332) 322-8835

*Counsel for Plaintiffs-Appellees*

3

## CERTIFICATE OF CONFERENCE

In accordance with Fifth Circuit Rule 27.4, I certify that I have contacted all other parties. Appellants the State of Iowa and Shiyang Huang do not oppose the requested relief. Defendant-Appellee The Charles Schwab Corporation does not oppose the requested relief.

s/ Brian J. Dunne

*Counsel for Plaintiffs-Appellees*

4

# CERTIFICATE OF COMPLIANCE

1.    This document complies with the word limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f) and 5TH CIR. R. 32.2, this document contains 453 words.

2.    This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

s/ Brian J. Dunne

*Counsel for Plaintiffs-Appellees*

5