# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 29, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 25-40774    Corrente v. Charles Schwab
                        USDC No. 4:22-CV-470

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703


Mr. Yavar Bathaee
Mr. Chad Emerson Bell
Ms. Elizabeth L. DeRieux
Mr. Brian J. Dunne
Ms. Priscilla Ghita
Mr. Harry Lee Gillam Jr.
Mr. Andrew Thompson Gorham
Mr. Edward Maxwell Grauman
Mr. Shiyang Huang
Mr. Jeffrey Liu
Mr. David Charles Marcus
Mr. Jason J. Mendro
Ms. Jennifer Milici
Ms. Veronica Smith Moye
Mr. David O'Toole
Ms. Cynthia Richman
Mr. Alan E. Schoenfeld
Ms. Breanne Alyssa Stoltze
Mr. Daniel Glen Swanson
Mr. Eugene Volokh
Ms. Allison Watson
Mr. Eric Harris Wessan