<u>**VIA ECF**</u>

Shiyang Huang
2813 SW Rother Rd.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

May 4, 2026

Lyle W. Cayce
United States Court of Appeals, Fifth Circuit
Office Of the Clerk, F. Edward Hebert Building
600 S. Maestri Place,
New Orleans, LA 70130-3408

RE:   ***Corrente v. The Charles Schwab Corp.,* No. 25-40774 (5th Cir.)**

     **Statement of Related Cases, *Sims v. Allstate Fire and Casualty Insurance Co.,* Case No. 26-90010 (5th Cir.)**

Dear Mr. Cayce:

Appellant-Objector Shiyang Huang respectfully submits a related case, *Sims v. Allstate Fire and Casualty Insurance Co.,* No. 26-90010 (5th Cir.). *Sims* is a petition for permission to appeal to review class certification under Fed. R. Civ. P. 23(f). "*First,* none of the named plaintiffs possesses standing[.]" *Sims* Petition at 1. "*Second*, the proposed class failed to satisfy Rule 23(a)'s typicality and adequacy requirements[.]" *Id.* The U.S. Chamber of Commerce also briefed as *amicus curiae,* noting "[a] substantial portion of putative class members lack standing, and courts must enforce this Article III requirement at the class-certification stage[.]" Brief *Amicus Curiae* at iv.

Appellant's Huang brief raised overlapping Rule 23 issues here that *Sims* petitioner also raised. *Sims* is, therefore, a related case for this appeal.

The *Sims* petition and Brief *Amicus Curiae* from the U.S. Chamber of Commerce are attached for this Court's convenience.

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2813 SW Rother Rd.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

2