<u>**VIA ECF**</u>

Shiyang Huang
2813 SW Rother Rd.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

June 4, 2026

Lyle W. Cayce
United States Court of Appeals, Fifth Circuit
Office Of the Clerk, F. Edward Hebert Building
600 S. Maestri Place,
New Orleans, LA 70130-3408

RE:    ***Corrente v. The Charles Schwab Corp.,* No. 25-40774 (5th Cir.)**
       **Rule 28(i) Letter to Adopt the Brief of Appellant State of Iowa**

Dear Mr. Cayce:

Appellant-Objector Shiyang Huang Huang files this letter to formally adopt by reference Appellant State of Iowa's opening arguments in Parts I, II and III. He has previously adopted the State of Iowa's opening arguments by reference. *See* Huang Opening Brief at 21 (citing Fed. R. App. Proc. 28(i)).

Huang takes no position on Part IV of Iowa's brief solely because the incomplete mandatory notice injuries Iowa alleged under 28 U.S.C. § 1715 and S. Rep. 109-14 (2005) is unique to Iowa, but not applicable to Huang.

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2813 SW Rother Rd.
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

1