No. 25-40774

_____

# In the United States Court of Appeals for the Fifth Circuit

---

Jonathan Corrente, Charles Shaw, Leo Williams

*Plaintiffs-Appellees*

v.

The Charles Schwab Corporation

*Defendant-Appellee*

v.

Shiyang Huang, Objector; State of Iowa, Objector

*Movants-Appellants*

On Appeal from the United States District Court
for the Eastern District of Texas
No. 4:22-cv-470
Honorable Amos Mazzant, III

---

**ADMINISTRATIVE MOTION TO WITHDRAW
APPELLANT HUANG'S JUNE 17, 2026 RULE 28(J) LETTER**

---

Shiyang Huang
2813 SW Rother Rd.
Topeka, KS 66614
defectivesettlement@gmail.com

*Objector-Appellant Shiyang Huang*

## ADMINISTRATIVE MOTION TO WITHDRAW
## APPELLANT HUANG'S JUNE 17, 2026 RULE 28(J) LETTER

Appellant-Objector Huang moves to withdraw his Rule 28(j) letter dated on June 17, 2026. Huang was incorrect to assert that the *en banc* majority reached the *stare decisis* application under *Nathan v. Alamo Heights Indep. School. District,* No. 25-50695 (5th Cir. Apr. 21, 2026) (en banc) and he should withdraw that clearly incorrect position.

Although Huang's overall position remains well-supported because the non-majority opinion quoted from controlling precedent, a Rule 28(j) letter would be no longer necessary.

### CONCLUSION

Huang's June 17, 2026 Rule 28(j) Letter should be withdrawn.

Date:  June 18, 2026

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2813 SW Rother Rd.
Topeka, KS 66614
defectivesettlement@gmail.com

*Objector-Appellant Shiyang Huang*

1

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. Proc. 32(g), I certify that this brief complies with the type-volume limitation of Fed. R. App. Proc. 27(d)(2) because, excluding the parts exempted under Federal Rule of Appellate Procedure 32(f) and Fifth Circuit Rule 32.2, it contains 96 words.

I certify that this brief complies with the typeface requirements of Fed. R. App. Proc. 32(a)(5) and the type-style requirements of Fed. R. App. Proc. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2007 in a 14-point Charter font.

/s/Shiyang Huang
*Objector-Appellant Shiyang Huang*

**CERTIFICATE OF SERVICE**

I certify that on January 27, 2026, the foregoing brief was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system.

/s/Shiyang Huang
*Objector-Appellant Shiyang Huang*

2