# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 22, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-40774   Corrente v. Charles Schwab
             USDC No. 4:22-CV-470

The court has taken the following action in this case: motion of appellant Shiyang Huang to withdraw Rule 28(j) Supplemental Authorities is granted.

      Sincerely,

      LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Yavar Bathaee
Mr. Chad Emerson Bell
Ms. Elizabeth L. DeRieux
Mr. Brian J. Dunne
Ms. Priscilla Ghita
Mr. Harry Lee Gillam Jr.
Mr. Andrew Thompson Gorham
Mr. Edward Maxwell Grauman
Mr. Shiyang Huang
Mr. Jeffrey Liu
Mr. David Charles Marcus
Mr. Jason J. Mendro
Ms. Jennifer Milici
Ms. Veronica Smith Moye
Ms. Cynthia Richman
Mr. Alan E. Schoenfeld
Ms. Breanne Alyssa Stoltze
Mr. Daniel Glen Swanson
Mr. Eugene Volokh
Ms. Allison Watson
Mr. Eric Harris Wessan