# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 26, 2026

Mr. Brian J. Dunne
Bathaee Dunne, L.L.P.
901 S. MoPac Expressway
Barton Oaks Plaza I
Suite 300
Austin, TX 78746-5776

Mr. Shiyang Huang
2813 S.W. Rother Road
Topeka, KS 66614

Mr. Jason J. Mendro
Gibson, Dunn & Crutcher, L.L.P.
1700 M Street, N.W.
Washington, DC 20036-4504

Ms. Breanne Alyssa Stoltze
Office of the Iowa Attorney General
Department of Justice
1305 E. Walnut Street
Hoover State Office Building
Des Moines, IA 50319

Mr. Eugene Volokh
Stanford University
Hoover Institution
434 Galvez Mall
Stanford, CA 94305

Mr. Eric Harris Wessan
Iowa Department of Justice
Solicitor General
1305 Walnut Street
Second Floor
Des Moines, IA 50319

     No. 25-40774   Corrente v. Charles Schwab
                    USDC No. 4:22-CV-470

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from the sufficient brief/record excerpts event** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Please be sure that paper copies submitted have the CM/ECF filing header at the top of the page.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

*Olivia Andry*

By: _____
Olivia G. Andry, Deputy Clerk

cc:
Mr. Yavar Bathaee
Mr. Chad Emerson Bell
Ms. Elizabeth L. DeRieux
Ms. Priscilla Ghita
Mr. Harry Lee Gillam Jr.
Mr. Andrew Thompson Gorham
Mr. Edward Maxwell Grauman
Mr. Jeffrey Liu
Mr. David Charles Marcus
Ms. Jennifer Milici
Ms. Veronica Smith Moye
Ms. Cynthia Richman
Mr. Alan E. Schoenfeld
Mr. Daniel Glen Swanson
Ms. Allison Watson