**No. 25-40774**

# In the United States Court of Appeals
# for the Fifth Circuit

JONATHAN CORRENTE; CHARLES SHAW; LEO WILLIAMS,

*Plaintiffs – Appellees,*

v.

THE CHARLES SCHWAB CORPORATION,

*Defendant – Appellee,*

v.

SHIYANG HUANG, OBJECTOR; STATE OF IOWA, OBJECTOR,

*Appellants.*

On Appeal from the United States District Court for the Eastern District of Texas
Hon. Amos L. Mazzant, III, No. 4:22-cv-470

## MOTION TO WITHDRAW ALLISON WATSON AS COUNSEL

Please take notice that I, Allison Watson, an associate at Bathaee Dunne LLP, attorney of record for Plaintiff-Appellees Jonathan Corrente, Charles Shaw, and Leo Williams, hereby withdraw my appearance as counsel in this matter because I will be leaving my employment at Bathaee Dunne LLP as of July 24, 2026. Plaintiff-Appellees will continue to be represented by other counsel of record.

Plaintiffs have been informed of my withdrawal and have raised no objections, and I have provided notice to Defendant-Appellee and Appellants' counsel who do not oppose to this request.

1

Date: July 21, 2026

Respectfully submitted,

s/ Allison Watson

ALLISON WATSON
**BATHAEE DUNNE LLP**
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
(213) 458-7075

*Withdrawing Counsel*

## CERTIFICATE OF CONFERENCE

In accordance with Fifth Circuit Rule 27.4, I certify that I have contacted all other parties. Appellants the State of Iowa and Shiyang Huang do not oppose the requested relief. Defendant-Appellee The Charles Schwab Corporation does not oppose the requested relief.

s/ Allison Watson

*Withdrawing Counsel*

# CERTIFICATE OF COMPLIANCE

1.      This document complies with the word limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f) and 5TH CIR. R. 32.2, this document contains 61 words.

2.      This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.


s/ Allison Watson

*Withdrawing Counsel*