# *United States Court of Appeals*


FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


August 21, 2026

No. 25-40774 Corrente v. Charles Schwab
USDC No. 4:22-CV-470

Dear Counsel,

The above referenced case has been scheduled for oral argument on 10/05/2026. It will be held in New Orleans - En Banc Courtroom at 9:00. The Oral Argument session number is 12.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than September 4, 2026.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at www.ca5.uscourts.gov/forms-fees/forms/attorney-forms. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

<u>Notice to Court Appointed Counsel:</u> Please review for information on CJA travel at www.ca5.uscourts.gov/oral-argument-information/attorney-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Olivia Andry at 504-310-7633.

Sincerely,

LYLE W. CAYCE, Clerk

By: Olivia Andry
Olivia G. Andry, Calendar Clerk
504-310-7633

cc:
- Mr. Yavar Bathaee
- Mr. Chad Emerson Bell
- Ms. Elizabeth L. DeRieux
- Mr. Brian J. Dunne
- Ms. Priscilla Ghita
- Mr. Harry Lee Gillam Jr.
- Mr. Andrew Thompson Gorham
- Mr. Edward Maxwell Grauman
- Mr. Jeffrey Liu
- Mr. David Charles Marcus
- Mr. Jason J. Mendro
- Ms. Jennifer Milici
- Ms. Veronica Smith Moye
- Ms. Cynthia Richman
- Mr. Alan E. Schoenfeld
- Ms. Breanne Alyssa Stoltze
- Mr. Daniel Glen Swanson
- Mr. Eugene Volokh
- Mr. Eric Harris Wessan