# United States Court of Appeals
## FIFTH JUDICIAL CIRCUIT
## CLERK'S OFFICE

THOMAS B. PLUNKETT
CLERK OF COURT

600 S. Maestri Place, Suite 115
New Orleans, Louisiana 70130
Tel. 504-310-7700

October 23, 2026

To All Counsel or Parties Listed Below:

No. 25-40774 Corrente v. Charles Schwab Corp.
USDC No. 4:22-CV-470

To all counsel,

Chief Judge Jennifer Walker Elrod has directed the clerk to provide the parties the following notice:

It has come to my attention that my husband and I may be potential absent class members in 25-40774, Corrente v. Charles Schwab Corp. Please inform counsel that my husband, Hal Elrod, and I disclaim all potential interests, if any, that may stem from this case.

Sincerely,

Thomas B. Plunkett, Clerk

By:_/s/ Peter A. Conners_____
Peter A. Conners, Deputy Clerk
504-310-7685

Mr. Yavar Bathaee
Mr. Chad Emerson Bell
Ms. Elizabeth L. DeRieux
Mr. Brian J. Dunne
Ms. Priscilla Ghita
Mr. Harry Lee Gillam Jr.
Mr. Andrew Thompson Gorham
Mr. Edward Maxwell Grauman
Mr. Shiyang Huang
Mr. Jeffrey Liu
Mr. David Charles Marcus
Mr. Jason J. Mendro

Ms. Jennifer Milici
Ms. Veronica Smith Moye
Mr. David O'Toole
Ms. Cynthia Richman
Mr. Alan E. Schoenfeld
Ms. Breanne Alyssa Stoltze
Mr. Daniel Glen Swanson
Ms. Allison Watson
Mr. Eric Harris Wessan