# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 26, 2026

Mr. Brian J. Dunne
Bathaee Dunne, L.L.P.
901 S. MoPac Expressway
Barton Oaks Plaza I
Suite 300
Austin, TX 78746-5776

Mr. Shiyang Huang
2813 S.W. Rother Road
Topeka, KS 66614

Mr. Jason J. Mendro
Gibson, Dunn & Crutcher, L.L.P.
1700 M Street, N.W.
Washington, DC 20036-4504

Mr. Eric Harris Wessan
Iowa Department of Justice
Solicitor General
1305 Walnut Street
Second Floor
Des Moines, IA 50319

No. 25-40774 Corrente v. Charles Schwab
USDC No. 4:22-CV-470

Dear Counsel,

The parties are instructed to simultaneously file letter briefs by November 6, 2026. The briefs should address (1) whether the State of Iowa has Article III standing, including whether it has standing under a parens patriae theory or via the Class Action Fairness Act’s notice requirement; (2) whether the State of Iowa has the authority to participate as an objector, intervenor, or amici; and (3) whether we must resolve these issues on appeal, or whether we should remand to allow the district court to address them in the first instance.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Olivia Andry
Olivia G. Andry, Deputy Clerk
504-310-7633

cc:
Mr. Yavar Bathaee
Mr. Chad Emerson Bell
Ms. Elizabeth L. DeRieux
Ms. Priscilla Ghita
Mr. Harry Lee Gillam Jr.
Mr. Andrew Thompson Gorham
Mr. Edward Maxwell Grauman
Mr. Jeffrey Liu
Mr. David Charles Marcus
Ms. Jennifer Milici
Ms. Veronica Smith Moye
Ms. Cynthia Richman
Mr. Alan E. Schoenfeld
Ms. Breanne Alyssa Stoltze
Mr. Daniel Glen Swanson
Mr. Eugene Volokh