# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 27, 2026

Mr. Brian J. Dunne
Bathaee Dunne, L.L.P.
901 S. MoPac Expressway
Barton Oaks Plaza I
Suite 300
Austin, TX 78746-5776

Mr. Shiyang Huang
2813 S.W. Rother Road
Topeka, KS 66614

Mr. Jason J. Mendro
Gibson, Dunn & Crutcher, L.L.P.
1700 M Street, N.W.
Washington, DC 20036-4504

Mr. Eric Harris Wessan
Iowa Department of Justice
Solicitor General
1305 Walnut Street
Second Floor
Des Moines, IA 50319

No. 25-40774 Corrente v. Charles Schwab
USDC No. 4:22-CV-470

Dear Counsel,

Please be advised that there is a 10-page limit on the letter briefs requested on October 26, 2026.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Olivia Andry
Olivia G. Andry, Deputy Clerk
504-310-7633

cc:
Mr. Yavar Bathaee
Mr. Chad Emerson Bell

Ms. Elizabeth L. DeRieux
Ms. Priscilla Ghita
Mr. Harry Lee Gillam Jr.
Mr. Andrew Thompson Gorham
Mr. Edward Maxwell Grauman
Mr. Jeffrey Liu
Mr. David Charles Marcus
Ms. Jennifer Milici
Ms. Veronica Smith Moye
Ms. Cynthia Richman
Mr. Alan E. Schoenfeld
Ms. Breanne Alyssa Stoltze
Mr. Daniel Glen Swanson
Mr. Eugene Volokh